# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 09-40045-FDS |
| HANSEL ZAPATA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ON FAIR SENTENCING ACT

**SAYLOR, J.**

This case involves the applicability of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372 (2010), to a defendant who was indicted prior to the passage of the Act but has not yet been sentenced.

Defendant Hansel Zapata is charged with one count of distribution of cocaine base. According to the indictment, he sold five grams or more of cocaine base on March 31, 2009. He was indicted on November 12, 2009.

The FSA took effect on August 3, 2010. Under the former version of the law, Zapata was subject to a mandatory minimum sentence of five years' imprisonment if convicted of distribution of five grams or more of cocaine base. Under the FSA, the relevant threshold for the mandatory minimum sentence has been raised to 28 grams. Zapata seeks a ruling as to the applicability of the FSA to his case prior to either entering a plea of guilty or going to trial.

For the reasons stated by Judge Hornby in his Memorandum of Decision in *United States v. Douglas*, Crim. No. 09-202-P-H (D. Me. Oct. 27, 2010), defendant will be sentenced, if he is

convicted, according to the provisions of the Fair Sentencing Act, and any relevant sentencing guidelines issued by the United States Sentencing Commission pursuant to that Act. The Court expresses no opinion as to whether the Act is retroactively applicable to persons sentenced prior to August 3, 2010.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 3, 2011